PETER BUDENBACH, Respondent, *v.* JAMES RADLEY et al., Appellants.

(Argued December 24, 1871; decided January 30, 1872.)

*A. J. Todd* for appellants.

*O. P. Buel* for respondents.

Agree to affirm.   No opinion.

———————

ELIZABETH GONZALES, Administratrix, etc., Appellant, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY, Respondent.

(Argued January 24, 1872; decided January 30, 1872.)

*R. W. Van Pelt* for appellant.

*J. H. Reynolds* for respondent

Agree to dismiss appeal.   No opinion.   RAPALLO, J., of counsel, not voting.

———————

JANE BEEBE, Executrix, etc., et al., Respondents, *v.* ALEXANDER MCKENZIE et al., Appellants.

(Argued January 24, 1872; decided January 30, 1872.)

ACTION to recover $1,000 upon a contract between plaintiffs' testator and defendants, executed upon the sale to defendants of a patent right.

By the contract, defendants agreed to pay the $1,000 in one year, in case the validity of the patent was not questioned; if questioned within that time, defendants were to bring an action to test its validity, and prosecute the same with reasonable diligence; and in case the patent was thereby sus-

tained, then to pay the $1,000. The patent was questioned. Defendants commenced an action in the United States Court, in which the defendants appeared. This was nine years before the commencement of the present action. Nothing further was done in that action. Defendants here moved to dismiss complaint, upon ground that the commencement of the suit in the United States Court was a compliance with the contract; also, that no action in which the validity of a patent was involved could be tried in a State court. Motion denied. *Held*, no error.

*Samuel Hand* for appellants.

*J. H. Reynolds* for respondents.

GROVER, J., reads opinion for affirmance.
All concur.
Judgment affirmed.